IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAHKYRA ROBERTSON and LUTHER BURKMAN, on Behalf of Themselves and All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:20-CV-01753-E |
| EYM PIZZA OF GEORGIA, LLC, d/b/a PIZZA HUT, A TEXAS LIMITED LIABILITY COMPANY, EYM PIZZA OF WISCONSIN, LLC, d/b/a PIZZA HUT, A TEXAS LIMITED LIABILITY COMPANY, | § § § § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is the parties' Motion to Stay Proceedings and Compel Individual Arbitration (Doc. No. 15). The motion is **GRANTED**. This matter is hereby stayed pending completion or resolution of arbitration proceedings on an individual basis. The Court **ORDERS** the parties to submit a joint status report regarding the status of arbitration proceedings every 90 days, with the first report due on **February 15, 2021.**

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this Order shall be considered a dismissal or disposition of this case.

1

**SO ORDERED**; signed November 16, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE